■ In the Matter of the Claim of MEDINA WELSH, Appellant. COMMISSIONER OF LABOR, Respondent. [28 NYS3d 635]—

Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 15, 2015, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Substantial evidence supports the decision of the Unemployment Insurance Appeal Board finding that claimant, a dining room coordinator at an assisted living facility, voluntarily left her employment without good cause. Claimant testified that, in connection with a promotion for which she was being considered, she submitted a falsified General Education Development certificate to the employer. Within minutes, claimant confessed the falsification to her supervisor, who informed her that she could be fired for such conduct. Thereafter, claimant resigned because she did not want to have a termination on her record and hoped to be able to procure a job reference from the employer. Inasmuch as quitting in anticipation of discharge does not constitute good cause for leaving employment (see Matter of Follett [Commissioner of Labor], 87 AD3d 1233, 1234 [2011]; Matter of Seiglar [Commissioner of Labor], 51 AD3d 1118, 1118 [2008]; Matter of Molenda [Commissioner of Labor], 40 AD3d 1296, 1296 [2007]), the Board's decision will not be disturbed.

Peters, P.J., McCarthy, Rose and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.